AUSA: William Broman Telephone: (313) 226-9665

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kara Klupacs, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Elroy Knott Jr.

Case No.
Case: 2:26−mj−30686
Assigned To : Unassigned
Assign. Date : 10/29/2026
Description: RE: ELROY KNOTT JR. (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 27, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Complainant's signature

Kara Klupacs, Special Agent, ATF

*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: October 29, 2026

*Judge's signature*

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Elroy KNOTT Jr. (DOB: XX/XX/1998), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of Ammunition) on October 27, 2026.

## II. PROBABLE CAUSE

5. I reviewed records related to KNOTT'S criminal history and learned the following:

a. On or about August 3, 2022, KNOTT was arrested and later charged with one count 18 U.S.C. § 875(c) transmitting threats in interstate commerce. Later, KNOTT pled guilty to this charge, in the Eastern District of Michigan Federal District Court. Subsequently, KNOTT was sentenced to 493 days incarceration and three years of supervised release. On or about October 15, 2024, KNOTT's supervised release was revoked and KNOTT was incarcerated for an additional four months.

b. On or about February 23, 2025, KNOTT was arrested for Felony Assault. Later KNOTT pled guilty to one count of aggravated assault in the Michigan Third Circuit Court. KNOTT is currently on probation for this offense.

6. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. KNOTT is currently on probation with the Michigan Department of Corrections (MDOC) and would have been made aware of his prohibited status regarding firearms.

## II. PROBABLE CAUSE

7. On October 27, 2026, Detroit Police responded to a ShotSpotter notification (12 rounds fired) near Osborn High School near Hoover and E. Seven Mile. Law enforcement was provided information that the shooter fled into a home across the street from Osborn High School, 18XXX Hoover. The individual inside 18XXX Hoover was detained and arrested, this individual's identity is known to law enforcement. Pursuant to a consent search, police recovered a 9mm Taurus pistol from inside 18XXX Hoover, believed to have been used in the shooting.

8. Further investigation identified a second individual involved in the shooting who was driving a black Chrysler Pacifica. Detroit police located the black Chrysler Pacifica at the corner of E. Seven Mile Rd. and E. Outer Dr. in Detroit and conducted a traffic stop. Police saw at least one bullet hole in the rear passenger door of the vehicle. The driver of the vehicle was identified as KNOTT. KNOTT told police that he had been shot at near Osborn High School. Police conducted a search of the vehicle but did not find any evidence that KNOTT returned fire. Also inside

of the vehicle at this time was KNOTT's girlfriend (V-1) and his infant child (V-2).

9. Police reviewed surveillance footage of the incident. Based on the surveillance footage, it appears that someone inside the black Chrysler Pacifica points a firearm in the direction of 18XXX Hoover. At the time someone in the black Chrysler Pacifica is seen pointing a suspected firearm in the direction of 18XXX Hoover, the vehicle is on a public roadway and within 1,000 feet of a school. Prior to the shooting, the black Chrysler Pacifica can be seen on surveillance footage at a gas station across the street from the school. Reference below screen captures of the recovered surveillance footage (Image 1 and Image 2).

*Image 1*



*Image 2*



10. Police were also able to estimate KNOTT's path from the location of the shooting to the location of the traffic stop based on KNOTT's GPS tether locations and other investigative techniques. On October 27, 2026, police canvassed the area around 18XXX Hoover and along KNOTT's path. Police recovered four 9mm caliber fired cartridge casings in front of 18XXX Hoover. Police did not recover additional fired cartridge casings or an additional firearm during this canvas.

11. On October 28, 2026, an ATF canine team and I conducted an additional canvass of the area around 18XXX Hoover. During this recanvass, law enforcement were approached and informed by witnesses that the Chrysler Pacifica had returned fire in the area of the intersection of Hoover and Seven Mile. Witnesses directed law enforcement to a bullet hole in the front door of 18XXX Hoover and explained it was from the shooting. During the recanvass, law enforcement recovered two additional 9mm caliber casings manufactured by Winchester from the front yard of 18XXX Hoover. Agents then searched the area near the intersection of

Hoover and 7 Mile Rd, identified by witnesses as the location of the second shooter in the Chrysler Pacifica. From this area agents recovered three spent 9mm caliber cartridge casings manufactured by Hornady. This area is consistent with the area shown on the surveillance footage when an individual in the black Chrysler Pacifica points a firearm at 18XXX Hoover. As described above, this area is a school zone.

12. During the law enforcement recanvass of the scene, KNOTT arrived with his girlfriend, V-1, at the Detroit Police 9th Precinct to give a statement. During the interview with police, KNOTT denied possessing a firearm and shooting. Officers then questioned V-1 who was a passenger in the Chrysler Pacifica during the shooting incident. V-1 confirmed that KNOTT had returned fire in the direction of 18XXX Hoover, however she refused to tell police where the firearm was. KNOTT was subsequently arrested by Detroit Police and was transported to the Detroit Detention Center (DDC).

13. The casings recovered by ATF were entered into that National Ballistics Information Network (NIBIN). The two spent 9mm Winchester casings collected from the front yard of 18XXX Hoover ballistically linked to the four spent 9mm casings recovered by Detroit Police Department from the same area on October 27, 2026. The three spent 9mm Hornady casings did not produce any ballistic leads. From these findings I can conclude that the recovered casings were likely from two separate firearms. Additionally, I reviewed ShotSpotter data from August 1, 2026 to

October 27, 2026. There were no additional ShotSpotter notifications in the area of Hoover and E. Seven Mile. From this finding I can conclude that the recovered 9mm Hornady casings found near the intersection were most likely fired on October 27, 2026 as part of the instant shooting.

14. I am an ATF Interstate Nexus Expert and concluded that the recovered spent cartridge cases were manufactured outside the State of Michigan, and are ammunition as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(17)(A).

## III. CONCLUSION

15. Probable cause exists to believe that on October 27, 2026, Elroy KNOTT knowingly possessed ammunition after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

Respectfully submitted,

Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Dated: October 29, 2026